

IN THE
TENTH COURT OF APPEALS

No. 10-18-00176-CV

IN THE INTEREST OF L.L.D. AND E.R.D., CHILDREN

From the 378th District Court
Ellis County, Texas
Trial Court No. 84494-D

# ORDER

We referred this appeal to mediation on June 13, 2018. Appellee has timely filed an objection to the referral. The objection is sustained.

This appeal will proceed without mediation. The suspension of the appellate deadlines is lifted. Appellant's brief is due 30 days from the date of this Order.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Order issued and filed July 3, 2018

